**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAMES SCHNELLER,

    Petitioner

    v.

AMERICAN INTERNATIONAL GROUP, INC.,

    Respondent

:  No. 340 MAL 2018
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.